**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JORGE LUIS NAZCO LOPEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1834-KC** |
| | § | |
| **REGIONAL D. OFFICE et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On July 8, 2026, the Court ordered Respondents to show cause why Nazco Lopez's Petition, ECF No. 3, should not be granted. July 8, 2026, Order, ECF No. 2.

Respondents now state that Nazco Lopez's Petition should be denied because his removal is "significantly likely in the reasonably foreseeable future." Resp. 2, ECF No. 6. In any event, Nazco Lopez has been detained in immigration custody since March 26, 2026, which is less than the presumptively reasonable six-month period of post-removal order detention. *Id.*

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status update by **no later than September 23, 2026**, detailing the following:

(1) Whether Nazco Lopez has been lawfully removed from the country, and if not,

(2) What concrete steps have been taken to effectuate Nazco Lopez's removal,

(3) What obstacles exist to effectuating Nazco Lopez's removal, such as issuance of travel documents, or identifying a country for removal,

(4) What concrete steps have been taken to address the existing obstacles, and

(5) The anticipated timeline for Nazco Lopez's removal from the United States.

**IT IS FURTHER ORDERED** that if any deadline set in this Order falls on a weekend or holiday, that deadline is extended to the following business day.

**SO ORDERED**.

**SIGNED this 24th day of July, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE